1  STEVEN M. SCHNEIDER (58241), sms@msk.com
   ALFREDO ORTEGA (261961), axo@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
3  Los Angeles, California 90064-1683
   Telephone:  (310) 312-2000
4  Facsimile:   (310) 312-3100

5  Attorneys for Command Security
   Corporation, a New York Corporation, d/b/a
6  Aviation Safeguards

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE HERRERA, EDWARD LOPEZ; ALEJANDRO BARRIOS, and SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED SERVICE WORKERS WEST,<br><br>Plaintiffs,<br><br>v.<br><br>COMMAND SECURITY CORPORATION, a New York Corporation, d/b/a AVIATION SAFEGUARDS,<br><br>Defendant. | Case No. CV 12-10968- SVW-RZ<br><br>Judge:   The Hon. Stephen V. Wilson<br><br>**JUDGMENT IN FAVOR OF DEFENDANT COMMAND SECURITY CORPORATION** |

Mitchell
Silberberg &
Knupp LLP

5906512.1

1
**JUDGMENT**

**JUDGMENT**

The Court, having granted the Motion for Summary Judgment of Defendant Command Security Corporation, dba Aviation Safeguards ("Defendant"), based on its determination that there was no genuine dispute as to any material facts and that the Defendant is entitled to judgment as a matter of law on all causes of action against it, and the Court having determined that there is no just reason for delay,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED, AND DECREED, that judgment is entered in this action as follows:

1. Plaintiffs Marlene Herrera, Edward Lopez, Alejandro Barrios, and Service Employees International Union, United Service Workers West shall recover nothing from Defendant Command Security Corporation, dba Aviation Safeguards;

2. Defendant Command Security Corporation, dba Aviation Safeguards shall have judgment in its favor; and

3. Defendant Command Security Corporation, dba Aviation Safeguards is found to be the prevailing party in this case and shall be entitled to an award of costs. Any application to tax costs shall be filed in accordance with the Federal Rules of Civil Procedure and/or Local Rules following the entry of Judgment by the Court.

The Clerk is ordered to enter this Judgment.

Dated: March 20, 2014

By: _____
The Honorable Stephen V. Wilson
United States District Judge

1
**JUDGMENT**